Kane v. Holland Township.

---

ROBERT H. KANE, *Appellant,* v. HOLLAND TOWNSHIP, *Appellee.*

No. 18,164.

HEADNOTE BY THE REPORTER.

AGENCY — *For Sale of Township Bonds Not Exclusive — No Commissions.* The contract of agency for selling township bonds involved in this case did not create an exclusive agency for the disposition of the bonds, and not having effected a sale the agent is not entitled to a commission.

Appeal from Dickinson district court. Opinion filed May 10, 1913. Affirmed.

*C. S. Crawford,* of Abilene, for the appellant.

*C. E. Rugh,* of Abilene, for the appellee.

*Per Curiam:* The contract involved in this case created an agency for the disposition of the defendant's railroad stock but not an exclusive agency or a general power to control its disposition. The defendant still had the right to make an independent sale without consulting or notifying the plaintiff. Since the plaintiff failed to effect a disposition of the stock nothing was received through his efforts and he earned nothing.

The judgment of the district court is affirmed.